JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



07 CRIM 745

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    -v.-

JUAN SANTANA-ZAPATA,
    a/k/a "Rafael Colon,"
    a/k/a "Rafael Diaz,"

           Defendant.

INDICTMENT

07 Cr.

AUG 10 2007

- - - - - - - - - - - - - - - - - - - x

### COUNT ONE

The Grand Jury charges:

On or about March 31, 2006, in the Southern District of New York, JUAN SANTANA-ZAPATA, a/k/a "Rafael Colon," a/k/a "Rafael Diaz," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about March 16, 1992, in New York Supreme Court, New York County, for attempted criminal sale of a controlled substance in the third degree, without having obtained the express consent of the Attorney General of the United States or his successor, the Secretary for the Department of Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

_Katherine U. Brooks_
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

JUAN SANTANA-ZAPATA,
a/k/a "Rafael Colon,"
a/k/a "Rafael Diaz,"

Defendant.

---

**INDICTMENT**

07 Cr.

(8 U.S.C. §§ 1326(a),(b)(2))


                                MICHAEL J. GARCIA
                             United States Attorney.

              **A TRUE BILL**

         _Katherine U. Brooke_
                                   Foreperson.

---

08/10/07 INDICTMENT FILED. CASE ASSIGNED TO J. CHIN
ERF      A/W ISSUED.            FOX, J.